1

2

3

4

5

6

7

8                              # UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    OMAR GARCIA, JR.,                          Case No.  1:14-cv-00476-BAM (PC)

12              Plaintiff,                        ORDER DENYING REQUEST FOR RULING
                                                  ON MOTION TO COMPEL AS MOOT
13        v.
                                                  ORDER DIRECTING DEFENDANTS TO
14    M. O'RAFFERTY, et al.,                      FILE A RESPONSE TO REQUEST FOR
                                                  SETTLEMENT CONFERENCE
15              Defendants.
                                                  (ECF No. 25)
16
                                                  **FIFTEEN DAY DEADLINE**
17

18         Plaintiff Omar Garcia, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action under 42 U.S.C. § 1983. This action proceeds against

20   defendants O'Rafferty, Kaious and Doe 1 for excessive force in violation of the Fourteenth

21   Amendment; against defendants Onstott and Doe 1 for failure to intervene in violation of the

22   Fourteenth Amendment; and against defendants O'Rafferty, Kaious, Flores, Avina, Meyers and

23   Ellis for deliberate indifference to serious medical needs in violation of the Fourteenth

24   Amendment (collectively, "Defendants"). Plaintiff filed a first amended complaint on February

25   16, 2016, which has not been screened. (ECF No. 24.)

26         On January 4, 2016, Plaintiff filed a motion to compel Defendants' responses to a request

27   for production of documents. (ECF No. 22). On September 28, 2016, Defendants filed an

28   opposition to this motion. (ECF No. 26.) On October 27, 2016, Plaintiff filed a reply entitled,

1

1    "closing argument." (ECF No. 27.)  On September 20, 2016, Plaintiff  filed a motion for "ruling

2    on Motion to Compel and Motion for Settlement Conference."

3          On March 17, 2017, the Court issued an order partially granting and partially denying

4    Plaintiff's motion to compel.  (Doc. 29.)  Accordingly, Plaintiff's motion for a ruling on the

5    motion to compel is denied as moot.

6          Plaintiff also requested that the Court schedule a mandatory settlement conference.  (Doc.

7    25, p.2.)  In light of Plaintiff's request, Defendants shall notify the Court whether they believe, in

8    good faith, that settlement in this case is a possibility and whether they are interested in having a

9    settlement. Defendants' counsel shall notify the Court whether there are security concerns that

10   would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify

11   the Court whether those concerns can be adequately addressed for purposes of the settlement

12   conference.

13         Accordingly, within fifteen (15) days from the date of service of this order, Defendants

14   shall file a written response to this order.

15
16   IT IS SO ORDERED.

17      Dated:   **March 20, 2017**                    /s/ *Barbara A. McAuliffe*

18                                                     UNITED STATES MAGISTRATE JUDGE

19
20
21
22
23
24
25
26
27
28