# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR GARCIA, JR., | Case No. 1:14-cv-00476-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE |
| v. | (ECF No. 25) |
| TULARE COUNTY MAIN JAIL, et al., | |
| Defendants. | |

Plaintiff Omar Garcia, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendants O'Rafferty, Kaious and Doe 1 for excessive force in violation of the Fourteenth Amendment; against Defendants Onstott and Doe 1 for failure to intervene in violation of the Fourteenth Amendment; and against Defendants O'Rafferty, Kaious, Flores, Avina, Meyers and Ellis for deliberate indifference to serious medical needs in violation of the Fourteenth Amendment (collectively, "Defendants"). Plaintiff filed a first amended complaint on February 16, 2016, which has not been screened. (ECF No. 24.)

On September 20, 2016, Plaintiff filed a motion for "ruling on Motion to Compel and Motion for Settlement Conference." (ECF No. 25.) On March 17, 2017, the Court issued an order partially granting and partially denying Plaintiff's motion to compel. (ECF No. 29.) Plaintiff also requested that the Court schedule a mandatory settlement conference. (ECF No. 25,

p. 2.) On March 21, 2017, the Court issued an order directing Defendants to file a written response to Plaintiff's request for a settlement conference. (ECF No. 30.) On April 4, 2017, Defendants filed a response indicating to the Court that they do not have an interest in a settlement conference or feel that settlement is a possibility. (ECF No. 31, p. 2.)

The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed. R. Civ. P. 16(c)(2)(I). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. <u>Goss Graphic Systems, Inc. v. DEV Industries, Inc.</u>, 267 F.3d 624, 627 (7th Cir. 2001); <u>Ackley v. Carroll</u>, No. 1:06-cv-00771-AWI-SMS PC, 2011 WL 2909891, at *1 (E.D. Cal. July 13, 2011). Defendants have indicated to the Court that they are not interested in participating in a settlement conference. No settlement conference will be scheduled until such time as both parties agree to participate.

Accordingly, Plaintiff's motion for a settlement conference (ECF No. 25) is DENIED.

IT IS SO ORDERED.

Dated:  **April 6, 2017**                    /s/ *Barbara A. McAuliffe*  
                                                              UNITED STATES MAGISTRATE JUDGE