# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR GARCIA, JR., | Old Case No. 1:14-cv-00476-DAD-BAM (PC) |
| Plaintiff, | New Case No. 1:14-cv-00476- BAM (PC) |
| v. | |
| TULARE COUNTY MAIN JAIL, et al., | ORDER REASSIGNING THE ACTION |
| Defendants. | |

All parties have consented to the jurisdiction of the assigned United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (Doc. Nos. 5, 19.)

Accordingly, this court reassigns this action to United States Magistrate Judge Barbara A. McAuliffe for all further purposes and proceedings. All papers filed in this action in the future shall bear the new case number **1:14-cv-00476-BAM**.

IT IS SO ORDERED.

Dated: **February 9, 2018**

UNITED STATES DISTRICT JUDGE

1