| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | EASTERN DISTRICT OF CALIFORNIA |
| OMAR GARCIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> TULARE COUNTY MAIN JAIL, et al, <br><br> Defendants. | 1:14-cv-00476-BAM (PC) <br><br> ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL <br><br> (ECF No. 41) <br><br> **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Omar Garcia, Jr. ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 while he was detained at the Bob Wiley Detention Facility in Visalia, California. Plaintiff is now a state prisoner housed at California State Prison, Los Angeles County. This action proceed on Plaintiff's first amended complaint against: (1) Defendants O'Rafferty and Kaiois (sued as Kaious) for excessive force in violation of the Fourteenth Amendment, (2) Defendant Onstott for failure to intervene in violation of the Fourteenth Amendment; (3) Defendants O'Rafferty, Kaiois, Flores, Avina, Myers (sued as Meyers) and Ellis for deliberate indifference to serious medical needs in violation of the Fourteenth Amendment; and (4) Defendants O'Rafferty, Kaiois, Flores, Avina, Myers and Ellis for negligence in violation of state law.

///

1

| | |
|---|---|
| 1 | Currently before the Court is Plaintiff's motion to compel, filed on January 22, 2018. |
| 2 | (ECF No. 41.) Based on this filing, it is unclear to the Court whether Plaintiff seeks further |
| 3 | responses to certain requests for production, or whether Plaintiff has mistakenly served the Court |
| 4 | with his discovery requests. Defendants' response to this motion was due within twenty-one (21) |
| 5 | days of service of the motion, but no response was filed. Local Rule 230(l). |
| 6 | Accordingly, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's |
| 7 | motion to compel (ECF No. 41) within **twenty-one (21) days** of the date of service of this order. |
| 8 | Any request for an extension of time to comply with this order will require a showing of good |
| 9 | cause. |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: **February 14, 2018**   /s/ Barbara A. McAuliffe |
| 13 | UNITED STATES MAGISTRATE JUDGE |